UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL H. RINGHOFF,

    Plaintiff,

v.                                                                CASE NO: 8:10-cv-2369-T-26AEP

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC, and CHASE HOME
FINANCE, LLC,

    Defendants.
                                           /

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Consent Motion to Set Aside Clerk's Default (Dkt. 26) is granted.

2) The Clerk's default entered at docket 22 with regard to Defendant Chase Home Finance, LLC (Chase) is set aside.

3) Chase shall file its response to Plaintiff's complaint within ten (10) days of this order.

4) The Motion for Entry of Default Judgment (Dkt. 25) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2011.

                                    s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record